UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NYASIA PEREIRA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | No. 2:22-cv-00073-DAD-KJN (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION<br><br>(Doc. No. 10) |

　　　　Plaintiff Nyasia Pereira is proceeding *pro se* and *in forma pauperis* in this civil action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302.

　　　　On July 6, 2022, the assigned magistrate judge issued findings and recommendations, recommending that plaintiff's second amended complaint be dismissed without leave to amend for failure to state a claim. The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days of service. (*Id.* at 6.) No objections have been filed and the time to do so has since passed.

　　　　Although it appears from the record on the docket that plaintiff's copy of the findings and recommendations was returned to the court as undeliverable after service was attempted at plaintiff's address of record. Plaintiff was properly served and it is, of course, plaintiff's responsibility to keep the court apprised of her current address at all times. Pursuant to Local

Rule 182(f), service of documents at the record address of the party is fully effective.

This court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on July 6, 2022 (Doc. No. 10) are adopted in full;
2. This action is dismissed for failure to state a claim; and
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **September 6, 2022**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE