UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NYASIA PEREIRA,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>  Defendant. | No.  2:22-cv-00073-DAD-KJN (PS)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION<br><br>(Doc. Nos. 15, 16) |

This matter is before the court on plaintiff's motion for reconsideration of the court's order dismissing this action (Doc. No. 15) and plaintiff's motion for an extension of time to file a notice of her change of address (Doc. No. 16.)

Specifically, plaintiff moves for reconsideration of the court's order dated September 7, 2022, in which the undersigned adopted findings and recommendations and dismissed this action, because plaintiff "was waiting for [her] building to finish being built" before notifying the court and providing her change of address. (Doc. No. 12.) Plaintiff does not assert any other basis for reconsideration. Although the undersigned mentioned in the September 7, 2022 order that plaintiff's service copy of the findings and recommendations had been returned to the court as undeliverable, plaintiff's failure to "keep the court apprised of her current address at all times" was not the reason that her complaint was dismissed. (*See* Doc. No. 12.) Rather, as explained in the findings and recommendations that the undersigned adopted, and as stated in the September 7,

2022 order adopting those findings and recommendations, plaintiff's complaint was dismissed due to her failure to state a cognizable claim for relief.  Thus, plaintiff's motion for reconsideration does not provide any basis upon which to reconsider the court's order dismissing this action.

In addition, because the court will deny plaintiff's motion for reconsideration and this action will remain closed, plaintiff's motion for an extension of time in which to file a notice of her change of address (Doc. No. 16) will be denied as having been rendered moot by this order.

Accordingly,

1. Plaintiff's motion for reconsideration (Doc. No. 15) is denied;

2. Plaintiff's motion for an extension of time (Doc. No. 16) is denied;

3. This case shall remain closed; and

4. No further filings will be entertained in this closed case.

IT IS SO ORDERED.

Dated:  **October 28, 2022**

UNITED STATES DISTRICT JUDGE